IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK
#1902-11                                                                                                    PLAINTIFF

v.                      Case No. 4:11-cv-407-DPM-BD

PULASKI COUNTY DETENTION
FACILITY; SHAWN SMITH; PULASKI
COUNTY SHERIFF DEPARTMENT;
DOC HOLLADAY; PULASKI COUNTY;
F.G. VILLINES, III; JOE GARDNER;
RANDY MORGAN; NANCY BRAWLEY;
WARNER; AKINS; SCOTT; THOMAS;
BROOKS; NELSON; BRYANT; CONORS;
WILSON; SMITH; and BANKS                      DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, *Document No. 14*, and Allen Polk's no-objection response, *Document No. 19*. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal as its own. Polk's claims against the Pulaski County Detention Facility and the Pulaski County Sheriff's

Department are dismissed with prejudice.  His claims against Defendant Villines are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2011