IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK
#1902-11                                                                                              PLAINTIFF

v.                      Case No. 4:11-cv-407-DPM-BD

SHAWN SMITH; DOC HOLLADAY;
PULASKI COUNTY; F.G. VILLINES, III;
JOE GARDNER; RANDY MORGAN;
NANCY BRAWLEY; WARNER; AKINS;
SCOTT; THOMAS; BROOKS; NELSON;
BRYANT; CONORS; WILSON; SMITH;
and BANKS                                                                                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, *Document No. 42*, and Allen Polk's no-objection response, *Document No. 49*. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal as its own. Polk's motion to amend, *Document No. 41*, is denied.

So Ordered.

*D P Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

*31 August 2011*