IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK
#1902-11                                                                                         PLAINTIFF

v.                              No. 4:11-cv-407-DPM-BD

SHAWN SMITH; DOC HOLLADAY;
PULASKI COUNTY; JOE GARZA;
RANDY MORGAN; NANCY BRAWLEY;
DOWNS WARNER; ISSAC AKINS;
MCKINLEY SCOTT; JOHN THOMAS;
BROOKS; VIVALON NELSON; VERNESSIA
BRYANT; MICHELLE CONORS; SYLVIA
WILSON; LATASHA SMITH; and EDDIEMAE
BANKS                                                                                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, *Document No. 66*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal as its own. Polk's request to dismiss his claims against Deputy Brooks, *Document No. 64, at 4*, is granted.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011