IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK
#1902-11                                                    PLAINTIFF


v.                          No. 4:11-cv-407-DPM-BD


SHAWN SMITH; DOC HOLLADAY;
PULASKI COUNTY; JOE GARZA;
RANDY MORGAN; NANCY BRAWLEY;
DOWNS WARNER; ISSAC AKINS;
MCKINLEY SCOTT; JOHN THOMAS;
BROOKS; VIVALON NELSON; VERNESSIA
BRYANT; MICHELLE CONORS; SYLVIA
WILSON; LATASHA SMITH; and EDDIEMAE
BANKS                                                      DEFENDANTS


ORDER

In its 28 July 2011 Order, the Court adopted Magistrate Judge Beth

Deere's partial recommended disposition, *Document No. 14*, as its own and

dismissed Allen Polk's claims against the Pulaski County Detention Facility,

the Pulaski County Sheriff's Department, and Defendant Villines. Although

Magistrate Judge Deere also recommended that Polk's claims against Pulaski

County be dismissed as duplicative, *Document No. 14, at 3*, the Court

neglected to say that those claims were dismissed as well. Because the Court

intended to adopt the entirety of Magistrate Judge Deere's partial recommended disposition, the Court now clarifies that Polk's claims against Pulaski County are also dismissed as duplicative.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

16 December 2011

-2-