# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALLEN POLK
#1902-11                                                                                                    PLAINTIFF

v.                            No. 4:11-cv-407-DPM-BD

SHAWN SMITH; DOC HOLLADAY;
JOE GARZA; RANDY MORGAN;
NANCY BRAWLEY; DOWNS WARNER;
ISSAC AKINS; MCKINLEY SCOTT;
JOHN THOMAS; VIVALON NELSON;
VERNESSIA BRYANT; MICHELLE CONORS;
SYLVIA WILSON; LATASHA SMITH;
and EDDIEMAE BANKS                                                                          DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, *Document No. 89*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal as its own. Polk's request to dismiss his claims against Defendants Brawley and Garza, *Document No. 88*, is granted.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

30 December 2011