# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALLEN POLK**  **PLAINTIFF**
**ADC # 96606**

**V.**            **CASE NO. 4:11CV00407 BD**

**PULASKI COUNTY DETENTION FACILITY,** *et al.*            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE